ORIGINAL

EMMETT E. LEE LOY , #5689
758 Kapahulu Avenue, #429
Honolulu, Hawaii 96816
Telephone No. 922-0455
Facsimile No. 922-0422

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006

at 1 o'clock and 35 min. P M
SUE BEITIA, CLERK

Attorney for ROBERT TOMASZYCKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00120DAE-02 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **DEFENDANT ROBERT TOMASZYCKI'S FIRST SUPPLEMENT TO HIS SENTENCING STATEMENT;** **EXHIBIT "A;" and** **CERTIFICATE OF SERVICE** |
| ROBERT TOMASZYCKI, | ) |
| Defendant. | ) Sentencing Hearing Date: March 2, 2006 Time: 1:30 P.M. Judge: Hon. David Alan Ezra |

**DEFENDANT ROBERT TOMASZYCKI'S FIRST SUPPLEMENT TO
HIS SENTENCING STATEMENT**

The Defendant Robert Tomaszycki ("Tomaszycki") respectfully files the following First Supplement to statements and objections previously filed on July 25, 2005, by his then defense counsel, Dana S. Ishibashi, ESQ., in response to the draft Presentence Investigation (PSI) Report of U.S. Probation Officer Devon I. Peterson dated July 11, 2005, and revised on August 9, 2005:

First Supplemental Objection:

Pg. 7, paragraph #20, states in pertinent part as follows:

"…[i]nvestigators recovered 24.3 grams (gross weight) of d-Methamphetamine HCL…".
<u>Presentence Investigation Report of U.S. Probation of U.S. Probation Officer Devon I. Peterson dated July 11, 2005, revised August 9, 2005</u>.

Tomaszycki submits that the weight of 24.3 grams of d-Methamphetamine HCL is wrong, because it is actually the weight of the empty zip-lock bag with trace amounts of residue only.

Therefore, Tomaszycki respectfully objects to this factual error and attaches as "Exhbit A," a copy of T3935, Report of Drug Property Collected, Purchased or Seized, signed by Forensic Chemist, James L. Jacobs, and approved by William F. Phillips, dated March 18, 2004.

Tomasycki has no other objections to the PSI Report.

Respectfully Submitted,

_\[signature\]_
Emmett E. Lee Loy
Attorney for Defendant
ROBERT TOMASZYCKI