# EXHIBIT ___A___

U.S. Department of Justice
Drug Enforcement Administration          T3935

Read instructions on Reverse
before completing

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Lab. Seizure  ☐ Purchase  ☒ Seizure  ☐ Free Sample | | | | |
| ☐ Internal Body Carry  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) | | | | |
| ☐ Other (Specify) | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Haleiwa, HI | 02-29-2004 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| NA | ☐ Case No. OR ☐ Seizure No. No. NA | 03-02-2004 | HDO 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | Methamphetamine | One clear zip-lock bag containing white crystal-like substance residue. | | 24.3 grams | 00.00 |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?** ☒ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

On February 29, 2004, Ex. #1 was seized from the residence of Robert TOMASZYCKI, 62-148 A Lokoea Place, Haleiwa, HI pursuant to the execution of a federal search warrant. Ex. #1 was seized by SA James Watson from the top of the kitchen counter, to the left side of the kitchen sink. SA Watson turned over ex.#1 to SA James Yuen who transported it to the HDO on February 29, 2004 and placed ex.#1 into the temporary drug safe. On March 2, 2004, SA Patrick Picciano removed ex.#1 and turned it over to SA Yuen who processed it and mailed it to the DEA SW Lab. with return receipt requested under registry #RB 946 758 627 US.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| James Yuen SA | Robert Aiu, Group Supervisor |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| ONE | RB5 946758627 | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print of Type NAME and TITLE |
|---|---|---|
| ☐ Broken  ☐ Unbroken | Orlynn Perez 3-10-04 | Orlynn Perez, FT |

## LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

EX #1                                                               173278

Gross Wt:    24.6g
Net Wt:      0.032g
Contains:    d-Methamphetamine HCl
             Dimethylsulfone

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 173278 | d-Methamphetamine HCl | N/A | | | N/A | 0.014g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| James L. Jacobs | Forensic Chemist | 03/16/2004 |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB LOCATION |
|---|---|---|
| William F. Phillips  3-18-04 | Laboratory Director | |