CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document DEFENDANT ROBERT TOMASZCKI'S FIRST SUPPLEMENT TO HIS SENTENCING STATEMENT, EXHIBIT "A" and this Certificate of Service, were duly served upon the following persons via United States Mail OR personal service on January 9, 2006:

    THOMAS C. MUEHLECK
    Assistant United States Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii, 96850

    -and-

    DEVON I. PETERSON
    U.S. Probation Officer
    PJJK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, January 9, 2006

_____
EMMETT E. LEE LOY
Attorney for Defendant
ROBERT TOMASZCKI