AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:      1:04CR00120-002                                   Judgment - Page 2 of 6
DEFENDANT:        ROBERT TOMASZYCKI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 13 2006

at 3 o'clock and 10 min. PM
SUE BEITIA, CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 80 MONTHS.

This term consists of EIGHTY(80) MONTHS, as to each of Counts 1 and 3 of the First Superseding Indictment, with all such terms to run concurrently

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      Central Region near Iowa. Drug Treatment. Educational and Vocational training. Counseling. BOP 500 hour comprehensive drug abuse program.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 8-29-06 to FCC Forrest City-LOW at Forrest City, AR, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal